Aaron P. Minnis, Esq. (SBN202935)
Sonya L. Smallets, Esq. (SBN226190)
Sean D. McHenry, Esq. (SBN284175)
MINNIS & SMALLETS LLP
369 Pine Street, Suite 500
San Francisco, California 94104
T: (415) 551-0885
F: (415) 683-7157
E: aaron@minnisandsmallets.com

Attorneys for Plaintiff
SANDRA JEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA JEW,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; & DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.: 3:17-cv-01964-EMC<br><br>NOTICE OF SETTLEMENT; [~~PROPOSED~~] ORDER<br><br><br><br><br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5 – 17th Floor<br><br>Complaint filed: February 21, 2017 |

-1-

1    PLEASE TAKE NOTICE THAT plaintiff Sandra Jew and defendant Home Depot U.S.A., Inc. (collectively the "Parties") have reached an agreement to resolve the above-captioned case in full. The Parties anticipate filing a Request for Dismissal within the next sixty (60) days. In light of the Parties' agreement, the Parties request that the Initial Case Management Conference currently scheduled for July 6, 2017, and any other pending deadlines be continued.

DATED: June 26, 2017

                    MINNIS & SMALLETS LLP

            by:    /s/ Aaron P. Minnis
                   AARON P. MINNIS, ESQ.
                   Attorneys for Plaintiff
                   SANDRA JEW

DATED: June 26, 2017

                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

            by:    /s/ James T. Conley
                   JAMES T. CONLEY, ESQ.
                   Attorneys for Defendant
                   HOME DEPOT U.S.A., INC.

IT IS ORDERED that Initial Case Management Conference is continued until    9/14/17 at 9:30    and all other deadlines in the above-captioned matter are hereby continued 60 days pending the anticipated filing of a Request for Dismissal.

DATED:  6/27/17            by: _____
                                            UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*