Aaron P. Minnis, Esq. (SBN202935)
Sonya L. Smallets, Esq. (SBN226190)
Sean D. McHenry, Esq. (SBN284175)
MINNIS & SMALLETS LLP
369 Pine Street, Suite 500
San Francisco, California 94104
T: (415) 551-0885
F: (415) 683-7157
E: aaron@minnisandsmallets.com

Attorneys for Plaintiff
SANDRA JEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA JEW,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; & DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.: 3:17-cv-01964-EMC<br><br>STIPULATION OF DISMISSAL<br><br><br><br><br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5 – 17th Floor<br><br>Complaint filed: February 21, 2017 |

-1-

STIPULATION OF DISMISSAL
Case No.: 3:17-cv-01964-EMC

1   IT IS HEREBY STIPULATED by and between the parties to this action
2   through their designated counsel that the above-captioned action be and
3   hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: July 11, 2017

                    MINNIS & SMALLETS LLP

         by:    /s/ Aaron P. Minnis
               AARON P. MINNIS, ESQ.
               Attorneys for Plaintiff
               SANDRA JEW

DATED: July 11, 2017

                    OGLETREE, DEAKINS, NASH, SMOAK &
                    STEWART, P.C.

         by:    /s/ James T. Conley
               JAMES T. CONLEY, ESQ.
               Attorneys for Defendant
               HOME DEPOT U.S.A., INC.



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA